UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
──────────────────────────────X
THE ANNUITY, PENSION, WELFARE, TRAINING AND
LABOR MANAGEMENT COOPERATION TRUST FUNDS
OF THE INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 14-14B, AFL-CIO, BY THEIR TRUSTEES
EDWIN L. CHRISTIAN, CHRISTOPHER T. CONFREY, JOHN
CRONIN, JOSEPH BYRNE, KENNETH KLEMENS, JR., JOHN
F. O'HARE, WILLIAM TYSON and MICHAEL SALGO,
and INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 14-14B, AFL-CIO, BY ITS BUSINESS
MANAGER EDWIN L. CHRISTIAN,

**NOTICE & ORDER OF VOLUNTARY DISMISSAL**

CV-20-1389 (RPK) (RER)

Plaintiffs,

-against-

INDUSTRIAL URBAN CORP.,

Defendant.
──────────────────────────────X

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiffs THE ANNUITY, PENSION, WELFARE, TRAINING AND LABOR MANAGEMENT COOPERATION TRUST FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 14-14B, AFL-CIO and INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 14-14B, AFL-CIO, by their counsel, BRADY McGUIRE & STEINBERG, P.C., hereby give notice that the above-captioned matter is voluntarily dismissed against Defendant INDUSTRIAL URBAN CORP.

Dated:  Tarrytown, New York
        July 31, 2020

                                    Respectfully submitted,

                                    BRADY McGUIRE & STEINBERG, P.C.

                                    /s/ James M. Steinberg
                                    _____
                            By:     James M. Steinberg, Esq.
                                    Attorneys for Plaintiffs
                                    303 South Broadway, Suite 234
                                    Tarrytown, New York 10591
                                    (914) 478-4293
                                    james@bradymcguiresteinberg.com

To:     Ms. Nicole Frisina
        Industrial Urban Corp.
        833 Ewing Avenue
        Lyndhurst, New Jersey 07071

**SO ORDERED:**

_____
**The Honorable Rachel P. Kovner**
**United States District Judge**